UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


INDIRA DAYANNA LOPEZ-RUIZ,

    Plaintiff,

v.                                                                           CASE NO. 8:18-cv-211-T-23AAS

GREYSTAR NHMC A KINGSLEY
ASSOCIATES, et al.,

    Defendants.
_____/

## ORDER

The magistrate judge recommends (Doc. 10) denying Indira Dayanna Lopez-Ruiz's motion (Doc. 2) to proceed *in forma pauperis* and recommends dismissing the complaint (Doc. 1) for failing to state a claim.[*] Lopez-Ruiz objects (Doc. 11) to the report and recommendation. A de novo review of the report and recommendation reveals that Lopez-Ruiz's objections are meritless.

Accordingly, Lopez-Ruiz's objections (Doc. 11) are **OVERRULED**, and the report and recommendation (Doc. 10) is **ADOPTED**. For the reasons stated in the report and recommendation, Lopez-Ruiz's complaint (Doc. 1) is **DISMISSED**.

---

[*] A January 30, 2018 order (Doc. 3) holds that Lopez-Ruiz's complaint (Doc. 1) violates the Federal Rules of Civil Procedure and directs Lopez-Ruiz to "file an amended complaint that states a cognizable claim and complies with the Federal Rules of Civil Procedure." (Doc. 3 at 4) Lopez-Ruiz has failed to amend her complaint.

Lopez-Ruiz's motion (Doc. 2) to proceed *in forma pauperis* is **DENIED**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on March 21, 2018.

*[signature]*

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE